UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| IN RE: | : | CHAPTER 13 |
|---|---|---|
| ELEASE WILLIAMS | : | CASE NO. A18-59331-JWC |
| DEBTOR | : | |

**OBJECTION TO POST-CONFIRMATION
MODIFICATION FILED APRIL 8, 2021**

COMES NOW, NANCY J. WHALEY, Standing Chapter 13 Trustee in the above-styled case, and files herewith this Objection to Post-Confirmation Modification filed on April 8, 2021 and as grounds shows the Court as follows:

1.

The Debtor filed for relief under Chapter 13 of Title 11 on June 4, 2018. The Debtor's plan was confirmed on September 25, 2018, which provides a plan payment of $665.00 per month and a one hundred percent (100%) dividend to unsecured creditors.

2.

The recent Modification filed in the above-styled Chapter 13 case increasing the Debtor's Chapter 13 plan payment, fails to include supporting Schedules I and J, in violation of 11 U.S.C. Section 1325(b)(1)(B) and 11 U.S.C. Section 1325(a)(6).

WHEREFORE, based on the foregoing, the Chapter 13 Trustee prays that the Court review this Modification and deny the Debtor's Modification and require that the case continue under the provisions of the confirmed Chapter 13 plan and said other and further relief as the Court seem may deem just and proper.

Respectfully submitted,
__/s/_____
Julie M. Anania,
GA Bar No. 477064
Attorney for Chapter 13 Trustee
303 Peachtree Center Ave., NE, Suite 120
Atlanta, GA 30303
(678) 992-1201

/mep

# CERTIFICATE OF SERVICE

Case No: A18-59331-JWC

I certify that on this day I caused a copy of this Chapter 13 Trustee's Objection to Post-Confirmation Modification to be served via United States First Class Mail with adequate postage prepaid on the following parties at the address shown for each:

ELEASE WILLIAMS
3345 VALLEY BEND RD
ATLANTA, GA  30349

I further certify that I have on this day electronically filed the foregoing Chapter 13 Trustee's Objection to Post-Confirmation Modification using the Bankruptcy Court's Electronic Case Filing program, which sends a notice of this document and an accompanying link to this document to the following parties who have appeared in this case under the Bankruptcy Court's Electronic Case Filing program:

**Attorney for the Debtor(s):**

SLIPAKOFF & SLOMKA, PC

This the 21st day of April, 2021.

/s/_____
Julie M. Anania
Attorney for the Chapter 13 Trustee
State Bar No. 477064
303 Peachtree Center Avenue, NE
Suite 120
Atlanta, GA 30303
678-992-1201